AO 106 (Rev. 01/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Arkansas
Fort Smith Division

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

DEC 2 1 2015

DOUGLAS F. YOUNG, Clerk
By _____
Deputy Clerk

| | |
|---|---|
| In the Matter of the Search of ) | |
| Information associated with Facebook ) | |
| ID #100000069655715 that is ) | Case No. 2:15Cm 92 |
| stored at premises controlled by Facebook ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the Western District of Arkansas *(identify the person or describe property to be searched and give its location)*:

SEE ATTACHMENT "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT "B"

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

√ evidence of a crime;

___ contraband, fruits of crime, or other items illegally possessed;

___ property designed for use, intended for use, or used in committing a crime;

___ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of 18 U.S.C. §§ 2422(b) and 1591, and the application is based on these facts:

√ Continued on the attached sheet.

___ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Robert F. Allen, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/21/2015

_____
*Judge's signature*

City and state: Fort Smith, Arkansas

Mark E. Ford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Robert F. Allen, of the Federal Bureau of Investigation (FBI) being duly sworn do hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID that is stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California. The information to be searched is described in the following paragraphs and in Attachment A. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

2. I am a Special Agent with the FBI currently assigned to the Fort Smith Resident Agency of the Little Rock Division. I have been employed as a Special Agent with the FBI for over eight years. During my employment with the FBI, I have received training concerning and have been involved in the investigation of federal criminal offenses enumerated in Title 18 of the United States Code. Prior to the FBI, I was employed as a Certified Police Officer within the state of Arkansas for ten years. During my employment as a Police Officer, I have received training concerning and have been involved in the investigation of criminal offenses. Specifically, I have received training concerning and have been involved in the investigations of cases concerning human trafficking offenses. My training and experience in such investigations has involved significant use of the internet and particularly obtaining pertinent evidence from social media websites.

3.  The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.  Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 18 U.S.C. Section 1591, Sex Trafficking of Children, Conspiracy to Sex Trafficking of Children in violation of Title 18 U.S.C. Section 1594, and related crimes have been committed by Lance WILLIAMS. There is also probable cause to search the information described in Attachment A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

## PROBABLE CAUSE

5.  On August 27, 2015, a seventeen-year-old female (hereinafter "Jane Doe") was interviewed by the Fort Smith Police Department (FSPD) and your affiant. During the interview, Jane Doe advised that she met and began living with Randall STEWARD AKA "Trouble" on June 8, 2015, and that soon after she began working as a prostitute and providing the proceeds to STEWARD. Jane Doe stated that she worked as a prostitute in both the Fayetteville, Arkansas and Little Rock, Arkansas areas. Jane Doe advised that an internet-based website, backpage.com, was used to advertise her as a prostitute. Jane Doe stated that she was with STEWARD until July 11, 2015. Jane Doe stated that she worked as a prostitute for STEWARD out of the Motel 6 on College Avenue in Fayetteville, Arkansas, as well as out of a hotel in Little Rock, Arkansas.

6. Law enforcement obtained records from the Motel 6 located at 2980 North College Avenue, Fayetteville, Arkansas, showing that STEWARD purchased a room with cash from June 18-19, 2015, and then another room with cash from June 19-20, 2015.

7. Law enforcement also identified and obtained records for six backpage.com ads utilized to advertise Jane Doe. Backpage.com is an internet website that, based on my training and experience, is commonly used by both prostitutes and sex traffickers to advertise prostitution services. The individual depicted in the photographs used in the ads is Jane Doe. The first ad was posted June 18, 2015, and advertised for the Fayetteville, Arkansas area. The second ad posted on June 24, 2015, was also for the Fayetteville, Arkansas area. The remaining ads were for the Little Rock, Arkansas area and spanned from June 27-29, 2015.

8. The investigation into STEWARD's trafficking of Jane Doe led to the indictment, arrest and conviction of STEWARD for Sex Trafficking of a Child in violation of Title 18 U.S.C. Section 1591 in the Western District of Arkansas, Fayetteville Division.

9. During the investigation, it was learned that STEWARD had been assisted by Lance WILLIAMS AKA "Lil' Crush."

10. During the investigation, law enforcement obtained the Facebook records for STEWARD's Facebook profile. Contained in those records was the following conversation between STEWARD's Facebook profile and a profile utilizing the name "Williams Lil'crush" with the user ID #100000069655715:

| DATE/TIME | AUTHOR | RECIPIENT | MESSAGE |
|---|---|---|---|
| 06/18/2015 18:10:06 | Williams Lil'crush | STEWARD | "Get off on business ave make a right on college keep going u will see motel 6 on ur left" |
| 06/18/2015 22:48:36 | STEWARD | Williams Lil'crush | "Here" |
| 06/18/2015 22:54:14 | Williams Lil'crush | STEWARD | "Okay im here" |

3

| 06/18/2015 23:02:19 | Williams Lil'crush | STEWARD | "Way motel six" |

11.     I am familiar with WILLIAMS and the individual depicted in profile picture on the profile of "Williams Lil'crush" is WILLIAMS.

12.     Jane Doe was later interviewed and advised that the ads of her posted on backpage.com on June 18 (Fayetteville), June 24 (Fayetteville), June 27 (Little Rock), June 28 (Little Rock), and June 29, 2015 (two ads, Little Rock), were posted by WILLIAMS who she had identified from a known photograph. Jane Doe stated that STEWARD was unable to post ads using his phone and needed WILLIAMS to do it for him. Jane Doe stated that WILLIAMS had a female working as a prostitute for him in another room at the same hotel.

13.     Jane Doe identified the female working for WILLIAMS from a known photograph of an individual I will refer to as "Jane Doe 2." Law enforcement obtained ads posted on backpage.com that utilized photographs of Jane Doe 2. Ads depicting Jane Doe 2 were posted on backpage.com, including on the following dates: June 18 (Fayetteville), June 19 (Fayetteville), June 26 (Little Rock), June 29 (two ads, Little Rock), which coincide with the dates for the ads for Jane Doe. The ads for Jane Doe and Jane Doe 2 utilize similar formatting and language.

14.     The ads Jane Doe stated were posted by WILLIAMS used the email address "honeybaby123@yahoo.com."

15.     The ads depicting Jane Doe 2 used the email address "shleybaby123@yahoo.com."

16.     Jane Doe also advised that when she was working as a prostitute in Little Rock for STEWARD, it was WILLIAMS who had taken her there. She said she was instructed by

4

STEWARD to give the money she made through prostitution to WILLIAMS, to be given to STEWARD at a later time, which she did. Jane Doe advised that she was in Little Rock from June 27 until July 1, 2015.

17. On September 25, 2015, WILLIAMS was arrested in an unrelated investigation. At the time of his arrest, law enforcement recovered a cellular phone. The cellular phone was forensically analyzed pursuant to a state search warrant by FSPD. During the search of that phone, the following messages were recovered:

| DATE/TIME | AUTHOR | RECIPIENT | MESSAGE |
| --- | --- | --- | --- |
| 06/29/2015 2:07:18PM | WILLIAMS' phone | 479-259-6179 | "Txs me ur name agin im up here getting a car battery" |
| 06/29/2015 2:30:06PM | 479-259-6179 | WILLIAMS' phone | "Randall steward" |
| 06/29/2015 4:18:41PM | 479-259-6179 | WILLIAMS' phone | "She gave. U dat bread? And wen u cumin back?" |

These messages were shown to Jane Doe. Based on my knowledge of the investigation it is my belief that the 4:18:41PM message was in reference to STEWARD asking if Jane Doe ("She") had given WILLIAMS the money she had made from her prostitution ("dat bread"), and also STEWARD asking when they would be traveling back to Fort Smith from Little Rock.

## FACEBOOK

18. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

19. Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter. This information may include

5

the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers (for password retrieval), physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

20. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. Facebook assigns a group identification number to each group. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

21. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users. A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

22. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming

"events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

23. Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

24. Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a Chat feature that allows users to send and receive instant messages through Facebook. These chat communications are stored in the chat history for the account. Facebook also has a Video Calling feature, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

25. If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

26. Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages. Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites. Facebook users can also become "fans" of particular Facebook pages.

27. Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

28. Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present. The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend. The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

29. Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

30. The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

31. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

32. In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about the user's access or use of that application may appear on the user's profile page.

33. Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

34. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

35. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account numbers). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as

technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

36. As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's "Neoprint," IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a relevant time. Further, Facebook account activity can show how and when the account was accessed or used. For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date. By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation. Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation. Additionally, Facebook builds geo-location into some of its services. Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other. This geographic and

timeline information may tend to either inculpate or exculpate the Facebook account owner. Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation. For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

37. Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

38. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

39. Based on the forgoing, I request that the Court issue the proposed search warrant.

40. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i).

41. Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

Respectfully submitted,

Robert F. Allen
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on December 21, 2015.

HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook user ID #100000069655715 that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I. Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a) All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, Facebook passwords, Facebook security questions and answers, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.

(b) All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

(c) All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them;

(d) All profile information; News Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

1

(e) All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f) All "check ins" and other location information;

(g) All IP logs, including all records of the IP addresses that logged into the account;

(h) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i) All information about the Facebook pages that the account is or was a "fan" of;

(j) All past and present lists of friends created by the account;

(k) All records of Facebook searches performed by the account;

(l) All information about the user's access and use of Facebook Marketplace;

(m) The types of service utilized by the user;

(n) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o) All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

(p) All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 18 U.S.C. Section 1591, Sex Trafficking of Children, and Conspiracy to Sex Trafficking of Children in violation of Title 18 U.S.C. Section 1594, and Related Crimes since including, for each user ID identified on Attachment A, information pertaining to the following matters:

- (a) Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

- (b) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation; and

- (c) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

3